Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−17452−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Pamela A. Gaunt
   80 Weathervane Drive
   Mount Royal, NJ 08061

Social Security No.:
   xxx−xx−0357

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/18/17.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: September 18, 2017
JAN: dac

Jeanne Naughton
Clerk

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                                  Case No. 17-17452-JNP
Pamela A. Gaunt                                                         Chapter 13
         Debtor
                                      CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                  Page 1 of 2                  Date Rcvd: Sep 18, 2017
                               Form ID: 148                 Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 20, 2017.
db           +Pamela A. Gaunt,    80 Weathervane Drive,    Mount Royal, NJ 08061-1078
516764368     Advocare Heights Primary Care,    PO Box 3001 D12,    Voorhees, NJ 08043-0598
516764369    +Asset Recovery Solutions, LLC,    Mid America Bank and Trust,    Helzberg Diamonds,
               2200 E. Devon Ave, Ste 200,    Des Plaines, IL 60018-4501
516764371    +Brian D. Gaunt,    80 Weathervane Drive,    Mount Royal, NJ 08061-1078
516960056    +CIT Bank N.A.,    Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
               Boca Raton, FL 33487-2853
516764374     CIT Bank, N.A.,    PO Box 4045,    Kalamazoo, MI 49003-4045
516825870    +CIT Bank, N.A. (See 410),    P.O. Box 9013,    Addison, Texas 75001-9013
516960034    +CITIBANK N.A.,    Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
               Boca Raton, FL 33487-2853
516764375    +Coach Leatherware,    10 Hudson Yards,    New York, NY 10001-2157
516764377    +Delaware Valley Veterinary Hospital,    400 Swedesboro Road,    Mullica Hill, NJ 08062-1816
516764378     Financial Recoveries,    PO Box 1388,    Mount Laurel, NJ 08054-7388
516764379     Kennedy Health System,    PO Box 48023,    Newark, NJ 07101-4823
516764381     Mid America Bank & Trust,    PO Box 400,    Dixon, MO 65459-0400
516764382    +Pluese, Becker & Saltzman,    20000 Horizon Way #900,    Mount Laurel, NJ 08054-4318
516764384     South Jersey Gas Company,    Customer Care Center,    PO Box 577,    Hammonton, NJ 08037-0577
516764385    +The Bureaus Inc.,    650 Dundee Road, Suite 370,    Northbrook, IL 60062-2757
516841281    +The Bureaus, Inc.,    c/o of PRA Receivables Management, LLC,    PO Box 41021,
               Norfolk, VA 23541-1021
516764386    +Trident Asset Management,    PO Box 888424,    Atlanta, GA 30356-0424

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Sep 19 2017 00:19:14      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 19 2017 00:19:11      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
516764370     E-mail/Text: bankruptcy@pepcoholdings.com Sep 19 2017 00:18:57
               Atlantic City Electric Company,    Pepco Holdings, Inc.,
               Bankruptcy Division, Mail Stop 84CP42,    5 Collins Drive, Suite 2133,
               Carneys Point, NJ  08069-3600
516948172    +EDI: PRA.COM Sep 19 2017 00:08:00      Bureaus Investment Group Portfolio No 15 LLC,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
516764372    +E-mail/Text: clientrep@capitalcollects.com Sep 19 2017 00:20:08      Capital Collection Service,
               PO Box 150,    West Berlin, NJ 08091-0150
516764373     EDI: CAPITALONE.COM Sep 19 2017 00:08:00      Capital One,    PO Box 30285,
               Salt Lake City, UT 84130-0285
516932778     EDI: BL-BECKET.COM Sep 19 2017 00:08:00      Capital One, N.A.,    c/o Becket and Lee LLP,
               PO Box 3001,    Malvern PA 19355-0701
516764376     EDI: WFNNB.COM Sep 19 2017 00:08:00      Comenity Bank,    Bankruptcy Department,    PO Box 182125,
               Columbus, OH 43218-2125
516764380     EDI: CBSKOHLS.COM Sep 19 2017 00:08:00      Kohl's,    PO Box 3043,    Milwaukee, WI 53201-3043
516764383     EDI: PRA.COM Sep 19 2017 00:08:00      Portfolio Recovery Associates, LLC,
               120 Corporate Blvd Ste 100,    Norfolk, VA 23502
516994321     EDI: PRA.COM Sep 19 2017 00:08:00      Portfolio Recovery Associates, LLC,    c/o Torrid,
               POB 41067,    Norfolk VA 23541
                                                                                               TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +CIT BANK N.A.,    Robertson Anschutz & Schneid, P.L.,    6409 Congress Ave, Suite 100,
               Boca Raton, Fl 33487-2853
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2017                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-1          User: admin                  Page 2 of 2              Date Rcvd: Sep 18, 2017
                              Form ID: 148                 Total Noticed: 29
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2017 at the address(es) listed below:

```
              Brian C. Nicholas    on behalf of Creditor    CIT Bank, N.A., fka One West Bank, N.A., fka One West
               Bank, FSB bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Laura M. Egerman    on behalf of Creditor    CIT BANK N.A. bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Rex J. Roldan    on behalf of Debtor Pamela A. Gaunt roldanlaw@comcast.net,
               r43760@notify.bestcase.com
              U.S. Trustee.   USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```